Argued June 2—decided June 2, 1970

ROBERT STANFORD ET AL. *v.* COCA-COLA BOTTLING COMPANY OF HARTFORD ET AL.

The motions by the plaintiffs to dismiss the appeal from the Superior Court in Hartford County are denied.

*Leo Rosen,* for the appellee (named plaintiff).

*Robert E. Mansfield,* for the appellee (plaintiff Andy's Food Town, Inc.).

*Valentine J. Sacco,* for the appellant (named defendant).

Argued June 2—decided June 2, 1970